United States Bankruptcy Court
Northern District of California

In re:  
Jose Michael Medina  
    Debtor

Case No. 22-51090-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0971-5 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 22, 2023 | Form ID: pdfnoa | Total Noticed: 2 |

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | EDUARDO GONZALEZ, Law Offices of Robert L. Goldstein, 100 Bush Street, Suite 501, San Francisco, CA 94104-3908 |
| + | JANE Z. BOHRER, CHAPTER 13 STANDING TRUSTEE, P.O. BOX 50013, SAN JOSE, CA 95150-0013 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 24, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arnold L. Graff | on behalf of Creditor Doroll Laverne Frewing and Dolores Fern Frewing Trustees or the Survivor of Them of the Frewing Family Trust dated August 12, 1998; and Patrick J. Harkin as tenants in common agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net |
| Christopher Beyer | on behalf of Creditor Global Financial & Leasing Services LLC cab@replevin.com, ecf@writofseizure.com |
| Devin Derham-Burk | ctdocs@ch13sj.com |
| Josephine E. Salmon | on behalf of Creditor BANK OF AMERICA N.A. ecfcanb@aldridgepite.com, JES@ecf.inforuptcy.com |
| Julian K. Bach | on behalf of Creditor Daroll Laverne Frewing and Dolores Fern Frewing Trustees or the Survivor of Them of the Frewing Family |

| | |
|---|---|
| | Trust dated August 12, 1998; and Patrick J. Harkin as tenants in common Julian@JBachlaw.com |
| Nanette Dumas | |
| | on behalf of Trustee Devin Derham-Burk ctdocs@ch13sj.com |
| Nicolino Iezza | |
| | on behalf of Creditor Financial Pacific Leasing  Inc. Niezza@spiwakandiezza.com, nbuttis@spiwakandiezza.com |
| Office of the U.S. Trustee / SJ | |
| | USTPRegion17.SJ.ECF@usdoj.gov |
| Robert L. Goldstein | |
| | on behalf of Debtor Jose Michael Medina rgoldstein@taxexit.com |
| Stuart A Katz | |
| | on behalf of Creditor Can Capital Inc. stuart@stuartkatzlaw.com |

TOTAL: 10

1  ROBERT GOLDSTEIN (SBN 184226)
2  EDUARDO GONZALEZ (SBN 123929)
   Law Offices of Robert L. Goldstein
3  100 Bush Street, Suite 501
   San Francisco, CA 94104
4  Phone: (415) 391-8700
   Fax: (415) 391-8701
5
   Attorneys for Debtor
6  JOSE MICHAEL MEDINA

7

8              UNITED STATES BANKRUPTCY COURT

9          NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10 In re                        ) Case No. 22-51090 MEH-13
                                 )
11 JOSE MICHAEL MEDINA           ) Chapter 13
                                 )
12            Debtor.            ) **NOTICE OF APPEAL AND**
                                 ) **STATEMENT OF ELECTION TO**
13                               ) **HAVE APPEAL HEARD BY THE**
                                 ) **DISTRICT COURT**
14 _____/
                                   *28 U.S.C. §§ 158(a)(1), 158(c)(1)(A)*
15
                                   Judge: Hon. M. Elaine Hammond
16                                        U.S. Bankruptcy Court
                                          280 South First Street, Courtroom 11
                                          San Jose, CA  95113-3099
17                      <u>**NOTICE OF APPEAL**</u>

18         Appellant JOSE MICHAEL MEDINA hereby appeals to the United States District Court

19 under *28 U.S.C. §§ 158(a)(1)* and 158*(c)(1)(A)*, *Fed. R.Bankr.P. 8001* and *8005* from the *Order*

20 *Denying Motion for Disgorgement of Excess Trustee Fees* [ECF Docket # 131] ("Order"), issued

   by U.S. Bankruptcy Judge M. Elaine Hammond, dated September 14, 2023 and entered

21 September 15, 2023.  Mr. Medina elects to have the appeal heard by the District Court rather

22 than the Bankruptcy Appellate Panel with respect to the Order denying the request to find the

---
1
NOTICE OF APPEAL

Chapter 13 Trustee breached her fiduciary duty in collecting fees 10 times in excess of a claim's actual arrears, especially considering she was on notice that such claim was incorrect, the creditor's attorney had died, and a correct claim was imminent.

Pursuant to 9th Cir. *BAP L.R. 8001(a)-1*, attached hereto as Exhibit A is a copy of the Order (ECF Doc. # 131).

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

ROBERT L. GOLDSTEIN
EDUARDO A. GONZALEZ
Law Offices of Robert Goldstein
100 Bush Street, Suite #501
San Francisco, CA 94104
Telephone: (415)391-8700

(Attorneys for Appellant MEDINA)

JOSE MICHAEL MEDINA
415 Monterey Place.
Los Altos, CA 94022
(Appellant)

DEVIN DERHAM-BURK, #104353
CHAPTER 13 STANDING TRUSTEE NANETTE DUMAS, ESQ. #148261
JANE Z. BOHRER, ESQ. #243692
P.O. BOX 50013
SAN JOSE, CA 95150-0013
Telephone: (408)354-4413
(Chapter 13 Standing Trustee Devin Durham Burk)

Dated: September 21, 2023           LAW OFFICES OF ROBERT GOLDSTEIN

                                                  /s/*Eduardo A. Gonzalez*

EDUARDO A. GONZALEZ (SBN 123929)
Attorneys for Plaintiff
JOSE MICAHEL MEDINA



Entered on Docket
September 15, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: September 14, 2023

*M. Elaine Hammond*

M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

JOSE MICHAEL MEDINA,

Debtor.

Case No. 22-51090 MEH

Chapter 13

<u>Order After Hearing</u>
Date:   September 14, 2023
Time:   1:30 p.m.
Ctrm:   11

## ORDER DENYING MOTION FOR DISGORGEMENT OF EXCESS TRUSTEE FEES

Before the court is Debtor's *Motion for Disgorgement of Excess Trustee Fees* ("Motion") (Dkt. # 121). The chapter 13 trustee ("Trustee") filed an opposition to the Motion on August 31, 2023 (Dkt. # 124). On September 7, 2023, Debtor filed a reply (Dkt. # 128), and the Trustee filed a sur-reply on September 13, 2023 (Dkt. # 129).

A hearing on the Motion was held on September 14, 2023. Appearances were as stated on the record. For the reasons stated more fully on the record, the Motion is DENIED.

IT IS SO ORDERED.

**END OF ORDER**

1

Case: 22-51090    Doc# 134-1    Filed: 09/14/23    Entered: 09/15/23 15:17:35    Page 1 of 2
Case: 22-51090    Doc# 131-1    Filed: 09/21/23    Entered: 09/21/23 08:12:13    Page 2 of 3
Case: 22-51090    Doc# 138-1    Filed: 09/28/23    Entered: 09/28/23 07:02:39    Page 6 of 8

## COURT SERVICE LIST

Via ECF:

All ECF Recipients

2

# CERTIFICATE OF SERVICE
### In re. JOSE MICHAEL MEDINA - Case No. 22-51090

I am a citizen of the United States and employed in the City of San Francisco, County of San Francisco. I am over 18 years of age and am not a party to the within entitled action. My business address is 100 Bush Street, Suite 501, San Francisco, CA 94104. I caused to be served the following documents on September 21, 2023:

    (1)    DEBTOR'S NOTICE OF APPEAL

*On the persons identified via filing with ECF, and by mailing a copy as addressed, in a sealed envelope, postage prepaid and deposited in a U.S. Mailbox as noted below:*

Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013
(408) 354-4413
ctdocs@ch13sj.com

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct; executed this 21st day of September, 2023.

/s/Eduardo A. Gonzalez
EDUARDO A GONZALEZ

1