UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MEDINA, | Case No. 25-cv-02823-NW |
|---|---|
| Plaintiff, | |
| v. | **SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
| DERHAM-BURK, | |
| Defendant. | |

The Court refers this case to the Honorable P. Casey Pitts to determine whether it is related to *Medina v. Devin Derham-Burk*, Case No. 23-cv-04988-PCP. Civil L.R. 3-12(c)

**IT IS SO ORDERED.**

Dated: April 3, 2025

_____
NOËL WISE
United States District Judge